## KRON MEDICAL CORP. v. COLLIER COBB & ASSOCIATES

No. 360P92

Case below: 107 N.C.App. 331
                333 N.C. 168

Petition by defendant for reconsideration of petition for discretionary review dismissed 11 February 1993.

## LEWIS v. WATKINS

No. 6P93

Case below: 108 N.C.App. 353

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## LONG DRIVE APARTMENTS v. PARKER

No. 429P92

Case below: 107 N.C.App. 724

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## MAINTENANCE EQUIPMENT CO. v. GODLEY BUILDERS

No. 426P92

Case below: 107 N.C.App. 343

Petition by defendants (Godley Builders and William C. Godley) for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.